UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON JUSTIN FULK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>　　　　　　Defendant. | CASE NO. C24-06014-KKE-MLP<br><br>ORDER ON DEADLINE FOR AMENDED COMPLAINT |

With Plaintiff's pro bono counsel having appeared, the Court ORDERS that Plaintiff shall file any amended complaint by May 26, 2025.

Dated this 26th day of March, 2025.

_____
Kymberly K. Evanson
United States District Judge

ORDER ON DEADLINE FOR AMENDED COMPLAINT - 1