UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| AARON JUSTIN FULK, | CASE NO. C24-06014-KKE-MLP |
|---|---|
| Plaintiff, | ORDER ON MOTION TO WITHDRAW |
| v. | |
| WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's counsel's motion to withdraw under Local Rule 83.2(b) and the Court's prior order appointing counsel for a limited purpose (Dkt. No. 14). Dkt. No. 30. Before the Court can adjudicate this motion, Plaintiff's counsel is instructed to identify Plaintiff's address and telephone number, if known, as required under Local Rule 83.2(b)(1). Plaintiff's counsel shall file this information as soon as practicable.

Dated this 26th day of June, 2025.

Kymberly K. Evanson
United States District Judge