UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON JUSTIN FULK,<br><br>　　　　　　Plaintiff(s),<br>　　v.<br><br>WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>　　　　　　Defendant(s). | CASE NO. C24-06014-KKE-MLP<br><br>ORDER GRANTING MOTION TO WITHDRAW |

This matter comes before the Court on Plaintiff's counsel's motion to withdraw under Local Rule 83.2(b) and the Court's prior order appointing counsel for a limited purpose (Dkt. No. 14). Dkt. No. 30. Mr. Fulk's last known address and telephone number are:

> Western State Hospital
> 9601 Steilacoom Blvd. SW
> Lakewood, WA 98498-7213
> (253) 984-6588

Plaintiff's counsel has complied with Local Rule 83.2(b) and has completed the scope of the pro bono representation as defined by the Court's prior orders (Dkt. Nos. 14, 23). Accordingly, the Court GRANTS Plaintiff's counsel's motion to withdraw. Dkt. No. 30. Kaleigh Boyd is terminated as Plaintiff's attorney and Plaintiff is now pro se.

Plaintiff's motion for appointment of counsel is still under consideration. Dkt. No. 29.

ORDER GRANTING MOTION TO WITHDRAW - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 17th day of July, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW - 2