1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8     AARON JUSTIN FULK,                    CASE NO. C24-06014-KKE-MLP

9                    Plaintiff,             ORDER APPOINTING COUNSEL

          v.

10    KEVIN BOVENKAMP,

11                    Defendant.

12

13          On August 22, 2025, the Court referred this case to the "Western District of Washington's

14    Pro Bono Coordinator to identify an attorney(s) or law firm from the Pro Bono Panel to represent

      Plaintiff" for the remainder of this case.  Dkt. No. 39 at 2.  The Court now appoints the below

15    attorneys to represent Plaintiff pursuant to the Amended Plan of the United States District Court

16    for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights

17    Actions.  *See* General Order 07-23 (Sept. 8, 2023).

18
           Jesse Flickinger
19         BALLARD SPAHR LLP (SEA)
           1301 2ND AVE, STE 2800
20         SEATTLE, WA 98101
           206-223-6286
21         Email: flickingerj@ballardspahr.com

22         Callie A Castillo
           BALLARD SPAHR LLP (SEA)
23         1301 2ND AVE, STE 2800
           SEATTLE, WA 98101
24         206-223-7145

Email: castilloc@ballardspahr.com

Counsel is directed to file Notice(s) of Appearance within **seven calendar days**. If counsel cannot assume this representation, they shall immediately file a motion for relief from appointment.

Upon completion of representation for the assigned purpose, pro bono counsel may move for leave to withdraw under Local Rule 83.2. Local Rules W.D. Wash. LCR 83.2.

If Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court cannot assure counsel of compensation from any source.

The Clerk is directed to send a copy of this Order to Plaintiff, and to appointed counsel by email.

Dated this 26th day of September, 2025.

Kymberly K. Evanson
United States District Judge