UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON JUSTIN FULK, | CASE NO. C24-06014-KKE-TLF |
| Plaintiff(s), | ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| KEVIN BOVENKAMP, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that:

1.    The Stipulation of the parties is APPROVED AND ADOPTED;

2.    IT IS FURTHER ORDERED this matter is DISMISSED WITH PREJUDICE;

3.    IT IS FURTHER ORDERED the parties shall bear their own costs, including reasonable attorneys fees; and

4.    The Scheduling Order entered in this matter is STRICKEN.

5.    The Clerk of Court is directed to enter the parties' stipulated judgment as to State of Washington in the amount of $45,000.00;

6.    The Clerk is further directed to deposit funds into the Registry of the Court in the principal amount of $45,000.00 after receipt of these funds from the State of Washington; and

7.    The Clerk is then directed to close the file in this matter.

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 1

Dated this 21st day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 2